IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
APR 8 2020
MITCHELL R. ELFERS
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | CRIMINAL NO. 20-CR-639 JB |
| vs. | ) ) ) | Counts 1: 18 U.S.C. § 924(c)(1)(A)(ii): Using, Carrying, and Brandishing a |
| **JOHNNY BLACK**, | ) ) | Firearm During and in Relation to a Crime of Violence, and Possessing and |
| Defendant. | ) ) ) | Brandishing a Firearm in Furtherance of Such Crime; |
| | ) ) ) | Count 2: 18 U.S.C. § 3, Accessory After the Fact. |

## INFORMATION

The United States Attorney charges:

### Count 1

On or about June 25, 2018, in Santa Fe County, in the District of New Mexico, the defendant, **JOHNNY BLACK**, knowingly used, carried, and brandished a firearm, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, specifically, assault upon a federal officer involving a deadly and dangerous weapon, and in furtherance of such crime, possessed and brandished said firearm.

In violation of 18 U.S.C. § 924(c)(1)(A)(ii).

### Count 2

On or between January 15, 2018, continuing to on or about July 11, 2018, in Santa Fe County, in the District of New Mexico, the defendant, **JOHNNY BLACK**, knowing that a felony offense had been committed, to wit, Kidnapping Resulting in Death, did receive, relieve,

comfort, and assist the offender(s), in order to hinder and prevent the apprehension, trial, and punishment of the offender(s).

In violation of 18 U.S.C. § 3.

## FORFEITURE ALLEGATIONS

Upon conviction of the offense alleged in this Information, the defendant, **JOHNNY BLACK**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any interest he may have in a Taurus 9 mm handgun and any ammunition collected by law enforcement on July 11, 2018.

JOHN C. ANDERSON
United States Attorney

*[signature]*

NICHOLAS MARSHALL
Assistant United States Attorney
Post Office Box 607
Albuquerque, New Mexico 87102
(505) 346-7274