IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                         No. 20-CR-639-JB

JOHNNY BLACK,

        Defendant.

## SUPPLEMENT TO SENTENCING MEMORANDUM

The defendant, Johnny Black, through his attorney, Margaret A. Katze, Assistant Federal Public Defender, submits the attached letter of support (Lulu Good, adoptive mother) for consideration by the Court for sentencing.

                                                Respectfully submitted,

                                                FEDERAL PUBLIC DEFENDER
                                                111 Lomas NW, Suite 501
                                                Albuquerque, NM 87102
                                                (505) 346-2489

                                                *Electronically filed June 24, 2020*

                                                */s/ Margaret A. Katze*
                                                Assistant Federal Public Defender
                                                Attorney for Mr. Black

April 15, 2020

To: Judge of New Mexico,

Your Honor, I am Johnny Black's adoptive mother, My name is Lulu (Black) Good. I live in Noorvik, Alaska. I adopted Johnny when my sister was going through a hard time. I Raised him best I could. He is a good man all in all! Growing up he was always helping elders or anyone who needed any kind of assistence. I didn't have to tell him twice to do stuff, we had taught him.

His school years were okay, he did very well in sports. His teachers would comment on his helpfulness throughout the year. He also learned the "nature way" of living, hunting, trapping and such.

Johnny is a loving, caring, intelligent young man, whose town was too small really to do anything, except to leave and its all the culture shock I think. I didn't prepare him for that.

I am apologizing for his behavior

and what he has caused in your country. I close with good thoughts and prayers to you and your court system.

Sincerely,

Lulu M. Good

Lulu M. Good
Box 131
Noorvik, AK 99763

Phone # 1·907·636·5078