# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: 20-639 JB | | USA vs.: Black | |
| Date: 7/17/20 | | Name of Deft: Johnny C. Black | |
| Before the Honorable: | James O. Browning | | |
| Time In/Out: | 9:30 am-11 am<br>11:19am-11:58am | Total Time in Court (**for JS10**): | 2 hours; 9 Minutes |
| Clerk: | J. Wright | Court Reporter: | J. Bean |
| AUSA: | Nicholas Marshall | Defendant's Counsel: | Margaret A Katze |
| Sentencing in: | Albuquerque | Interpreter: | |
| Probation Officer: | Martine Lopez-Bowers | Interpreter Sworn? | Yes / No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Convicted on: | **x** Plea | Verdict | As to: | **x** Information | | Superseding Indictment | |
| If Plea: | Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | | | | |
| If Plea Agreement: | **x** Accepted | Not Accepted | No Plea Agreement | Comments: | | | |
| Date of Plea/Verdict: | 4/8/20 | PSR: | Not Disputed | Disputed | **x** | Courts adopts PSR Findings – see changes below | |
| Evidentiary Hrg: | **x** Not Needed | Needed | Exceptions to PSR: | | | | |

| **SENTENCE IMPOSED** | Imprisonment (BOP): | Count 1: 84 months<br>Count 2: 87 months – said terms to run consecutively for a total of 171 months |
|---|---|---|
| Supervised Release: | 1: 3 years<br>2: 3 years to run concurrently for a total term of 3 years | Probation: |
| REC | **x** 500-Hour Drug Program | BOP Sex Offender Program | Other: |
| ICE | Court recommends ICE begin removal proceedings immediately or during service of sentence | | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ___ months ___ days |
| | Comply with ICE laws and regulation | | Community service for ___ hours during supervised release. |
| **x** | Participate in/successfully complete subst abuse program/testing | **x** | Reside at residential reentry center ___ months  180  days |
| | Participate in/successfully complete mental health program | | Register as sex offender |
| **x** | Refrain from use/possession of alcohol/intoxicants | | Participate in sex offender treatment program |
| **x** | Submit to search of person/property | | Possess no sexual material |
| **x** | No contact with victim(s) and/or co-defendant(s) | | No computer with access to online services |
| | No entering or loitering near victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| **x** | Waive right of confidentiality and allow the treatment provider to release treatment records | | Restricted from occupation with access to children |
| **x** | Must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning, whether or not intended for human consumption. | | No loitering within 100 feet of school yards |
| **x** | Must not possess, sell, offer for sale, transport, cause to be transported, cause to affect interstate commerce, import, or export any drug paraphernalia, as defined in 21 U.S.C. 863(d). | | If defendant is unemployed - Must participate in an educational or vocational services program and follow the rules and regulations of that program |
| OTHER: | You must have no gang association<br>Consistent with a stipulation in the Plea Agreement, the defendant forfeits his rights, title, and interest the items outlined in paragraph 19 | | |

| | | | |
|---|---|---|---|
| Fine: $ | Not imposed | Restitution: $ | To be determined at a later date |
| SPA: $ | 200.00 | Payment Schedule: | **x** Due Immediately / Waived |
| OTHER: | | | |
| **x** | Advised of Right to Appeal | **x** | Waived Appeal Rights per Plea Agreement |

| X | Held in Custody | | Voluntary Surrender |
|---|---|---|---|
| | Recommended place(s) of incarceration: | | |
| | Dismissed Counts: | Government will file a motion to dismiss remaining counts | |
| OTHER COMMENTS: | . Restitution could not be determined prior to 10 days in advance; all parties agree to postpone; a hearing will be set in 90 days<br>. Probation will work with family regarding restitution and Ms. Katze with respond.<br>. Defense puts on record that she had asked for names and dates of birth regarding family members and AUSA refused; AUSA states he did provide names and does not believe that identifiers needs to be used under the Victim's Rights Act.<br>. Court states AUSA should provide names and approximate ages and enough information so Defense has a rough idea of who is speaking<br>. Defense states that the only way she received names was because the Courtroom Deputy asked for the names for security.<br>. Victim's family addresses the Court<br>. Defense moves for 3 level downward variance – Government does not object; Defense will file motion and provide order<br>. Defense argues inaccuracies to the PreSentence Report – Paragraph 95, Court will remove the indications of a tattoo of CK. Paragraph 115 – Court also removes the CK from the report; Paragraph 150 – remarks regarding tattoo/gang affiliation are removed.<br>. Court finds that the government has not established by a preponderance of evidence that the Defendant has gang affiliation.<br>. Defendant allocates<br>. Defense argues her Sentencing Memorandum<br>. Court recesses for break at 11 am; Court resumes at 11:19 am.<br>. AUSA rebuts.<br>.Court proceeds to sentencing | | |